**Dismissed and Opinion Filed August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00325-CV

**STEPHANIE GAINES, Appellant**
**V.**
**GATEWOOD VILLAGE APTS., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00654-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated July 1, 2014, we informed appellant that the time for filing her brief had expired. We directed her to file both her brief as well as a motion to extend time to file the brief within ten days of the date of the postcard. We cautioned her that the failure to file her brief and extension motion within the time stated would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief or an extension motion, nor has she otherwise corresponded with the Court regarding the status of her appeal.

Accordingly, we **DISMISS** this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

130325F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

STEPHANIE GAINES, Appellant

No. 05-13-00325-CV      V.

GATEWOOD VILLAGE APTS., Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-13-00654-B.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

We **ORDER** that appellee GATEWOOD VILLAGE APTS. recover its costs of this appeal, if any, from appellant STEPHANIE GAINES.

Judgment entered August 19, 2014